TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
JOSEPH SCISCENTO
Assistant United States Attorney
Nevada Bar No. 4380
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
joseph.sciscento@usdoj.gov

**FILED**

MAR 2 6 2026

U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO VILLAVICENCIO<br><br>CASILLAS,<br><br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case No. 2:26-mj- 00192-DJA<br><br><br>VIOLATIONS:<br><br>Operating or Being in Actual Physical Control of a Vessel Under the Influence of Alcohol<br>36 C.F.R.§ 3.10(a)(1)<br><br>Operating or Being in Actual Physical Control of a Vessel with a BAC of 0.08 Grams and Higher<br>36 C.F.R. § 3.10(a)(2)<br><br>Operating a Personal Watercraft Between Sunset and Sunrise<br>36 C.F.R. § 3.9(b)(3) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

COUNT ONE
Operating or Being in Actual Physical Control of a Vessel while
Under the Influence of Alcohol
(36 C.F.R. § 3.10(a)(1))

On or about July 5, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**EDUARDO VILLAVICENCIO CASILLAS,**

defendant herein, operated a blue and white 2018 Yamaha Personal Watercraft bearing California registration CF3349VR, under the influence of alcohol to a degree that rendered the defendant incapable of safe operation, in violation of 36 C.F.R. § 3.10(a)(1).

COUNT TWO
Operating or Being in Actual Physical Control of a Vessel with a
BAC of 0.08 Grams and Higher
(36 C.F.R. § 3.10(a)(2))

On or about July 5, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**EDUARDO VILLAVICENCIO CASILLAS,**

defendant herein, operated a blue and white 2018 Yamaha Personal Watercraft bearing California registration CF3349VR, with an alcohol concentration in the defendant's breath of 0.08 grams and more of alcohol per 210 liters of breath, in violation of 36 C.F.R. § 3.10(a)(2).

COUNT THREE
Operating a Personal Watercraft Between Sunset and Sunrise
(36 C.F.R. 3.9(b)(3))

On or about July 5, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**EDUARDO VILLAVICENCIO CASILLAS,**

2

defendant herein, operated a blue and white 2018 Yamaha Personal Watercraft bearing California registration CF3349VR between sunset and sunrise, in violation of 36 C.F.R. § 3.9(b)(3).

## PROBABLE CAUSE AFFIDAVIT

I, Christopher J. Raynolds, as a Park Ranger with the National Park Services, state the following as and for probable cause:

1.     I have been employed as a law enforcement officer with the National Park Service in the Lake Mead National Recreation Area, Clark County, Nevada, for over 20 years.

2.     As part of my duties, I investigate criminal violations of law on federal land. Through my employment as a Ranger with the National Park Service, I have received specialized training in the enforcement of federal laws. My training and experience have involved, among other things, the evaluation of roadside impairment, performing DUI investigations, and the administration of Field Sobriety Tests.

3.     The following information used to support this Complaint was derived from reports of information obtained from investigations conducted by law enforcement related to the incident or complainant's own personal investigation.

4.     This Complaint contains information necessary to support probable cause to believe that the criminal offenses described herein were committed by the defendant, **EDUARDO VILLAVICENCIO CASILLAS**, and is not intended to include each and every fact and matter observed or known by me. Moreover, to the extent that this Complaint contains statements by witnesses, those statements are set forth only in part and in substance and are intended to accurately convey the information, but not to be verbatim recitations.

3

## FACTS ESTABLISHING PROBABLE CAUSE

5.    On July 5, 2025, National Park Service Ranger William Foster was on routine patrol within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada.

6.    At approximately 8:08 PM, while conducting routine vessel patrols near Paiute Cove, Lake Mead, Ranger Foster observed an individual operating a blue and white Personal Watercraft (PWC) after sunset. Sunset occurred at 7:59 PM on July 5, 2025, as reported by the National Weather Service on that date.

7.    Ranger Foster conducted a vessel stop on the 2018 blue and white Yamaha PWC bearing California registration CF3349VR. Ranger Foster contacted the operator who was later identified as **EDUARDO VILLAVICENCIO CASILLAS** by his California driver's license.

8.    During this face-to-face contact with **VILLAVICENCIO CASILLAS,** Ranger Foster observed bloodshot, watery eyes and slurred speech. **VILLAVICENCIO CASILLAS**'s native language was Spanish. Ranger Foster administered the Horizonal Gaze Nystagmus Test to **VILLAVICENCIO CASILLAS** in Spanish

9.    Upon arrival at Nevada Telephone Cove, Ranger Foster requested a breath sample from **VILLAVICENCIO CASILLAS;** the request was asked in Spanish. **VILLAVICENCIO CASILLAS** agreed to provide a preliminary breath sample.

10.    The following are the results of the Seated Battery Standardized Field Sobriety Test administered to **VILLAVICENCIO CASILLAS** by Ranger Foster:

4

(a)    Horizontal Gaze Nystagmus test: **VILLAVICENCIO CASILLAS**'s eyes lacked smooth pursuit, had distinct and sustained nystagmus at maximum deviation, and the onset of nystagmus prior to 45 degrees.

(b)    Walk-and-Turn test: **VILLAVICENCIO CASILLAS** was not administered this test due to a language barrier.

(c)    One-Leg-Stand Test: **VILLAVICENCIO CASILLAS** was not administered this test due to a language barrier.

(d)    Preliminary Breath Test: **VILLAVICENCIO CASILLAS**'s result of this test was 0.167 percent by weight of alcohol.

11.    Based on Ranger Foster's training and experience, **VILLAVICENCIO CASILLAS**'s physical and objective symptoms of intoxication and poor performance of the Horizontal Gaze Nystagmus test, Ranger Foster formed the opinion that **VILLAVICENCIO CASILLAS** had been operating a vessel while under the influence of alcohol and placed **VILLAVICENCIO CASILLAS** under arrest.

12.    **VILLAVICENCIO CASILLAS** was transported to the Katherine's Landing Ranger Station, where Ranger Foster administered an "Intoxilyzer 9000" breath test to him. **VILLAVICENCIO CASILLAS**'s results of the completed test were 0.159 grams (9:36 PM) and 0.152 grams (9:42 PM) of alcohol per 210 liters of breath respectively.

...

...

...

...

...

5

## CONCLUSION

13.    Based upon the information set forth in this application, I respectfully submit that there is probable cause to believe that **EDUARDO VILLAVICENCIO CASILLAS** violated 36 C.F.R. §§ 3.10(a)(1), 3.10(a)(2), and 3.9(b)(2).

CHRIS RAYNOLDS, Park Ranger
National Park Service

SUBSCRIBED and SWORN to before me

this _____26th_____ day of March, 2026.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE